# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 23-283 |
| VERSUS | SECTION "G" |
| LADONTE RICHARDSON | VIOLATION:<br>18 U.S.C. § 922(o)<br>18 U.S.C. § 924(a)(2) |

### NOTICE OF REARRAIGNMENT

Take notice that this criminal proceeding is set for **January 16, 2025 at 10:00 a.m.**, before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  December 3, 2024

CAROL L. MICHEL, CLERK
by Morgan Palmer, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ LADONTE RICHARDSON

✓ Ernest James Bauer, Jr., Counsel

✓ AUSA: MICHAEL ESTON TRUMMEL

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ Alden Moton, Task Force Officer, FBI
  neworleans@ic.fbi.gov

**If you change address,
notify clerk of court
by phone, (504) 589-7680**

FOREIGN LANGUAGE INTERPRETER:
**NONE**